IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CORDERO L. REID, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:17-cv-00575-KOB-TMP |
| LIEUTENANT CLIFFORD THRASHER, et al., | ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on January 30, 2018, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). (Doc. 6). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen days, the court has received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. In accordance with 28 U.S.C. § 1915A(b)(1), the court finds that this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

The court will enter a separate Final Order.

DONE and ORDERED this 5th day of March, 2018.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE